IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SARA ELISABETH LEITT SELLERS, | § § § | |
| *Plaintiff,* | § § | SA-20-CV-00107-DAE |
| vs. | § § § | |
| ANDREW SAUL, OFFICE OF THE REGIONAL CHIEF COUNSEL, REGION VI SOCIAL SECURITY ADMINISTRATION; | § § § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion for Access to Online Filing [#5]. Having considered Plaintiff's motion regarding electronic access, the Court will grant Plaintiff permission to e-file documents with this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Access to Online Filing [#5] is **GRANTED**. Plaintiff is directed to contact the Office of the District Clerk to obtain the e-filing and e-noticing registration form and to submit the fully completed form to the Clerk. Under standard procedures, the registration form will be processed by the Clerk, who has the responsibility of verifying, approving, and effectuating e-filing and e-noticing of court documents.

SIGNED this 20th day of February, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE