IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SARA ELISABETH LEITT SELLERS, § § | | |
| *Plaintiff,* § § | | SA-20-CV-00107-DAE |
| vs. § § | | |
| ANDREW SAUL, OFFICE OF THE § REGIONAL CHIEF COUNSEL, REGION § VI SOCIAL SECURITY § ADMINISTRATION; § § | | |
| *Defendant.* § | | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned upon its filing. The record reflects that on February 4, 2020, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered Plaintiff to submit a fully completed United States Marshal Service Form 285 for each Defendant required to be served in this action with the Clerk's Office within 10 days of the date of the Order. On this day, Defendant filed a copy of a letter served on Plaintiff regarding her failure to do so or to otherwise serve Defendant with a copy of the Complaint and Summons in this case. The Court agrees with Defendant that there is no record of the request for and issuance of Summons in this case. The Court will give Plaintiff one more opportunity to request Summons and perfect service in this case. If Plaintiff fails to do so, the undersigned will recommend that the case be dismissed for want of prosecution.

**IT IS THEREFORE ORDERED** that within **ten (10) days** of the date of this Order, Plaintiff shall submit to the Clerk's Office a fully completed United States Marshal Service Form 285, including fully complete addresses, for each Defendant required to be served and the United

1

States Marshal's Service shall serve each defendant with a copy of the Complaint and a copy of this order by certified mail, return receipt requested.  Plaintiff is informed that federal law requires service of her Complaint and summons on the following offices:

>The Attorney General of the United States
>950 Pennsylvania Ave., N.W.
>Washington, D.C. 20530-0001
>
>The United States Attorney
>601 NW Loop 410, Suite 600
>San Antonio, TX 78216
>
>Commissioner of the Social Security Administration
>c/o Office of the Regional Chief Counsel, Region VI
>Social Security Administration
>1301 Young Street, Ste. A-702
>Dallas, TX 75202-5433

*See* Fed. R. Civ. P. Rule 4(i)(1), (2); 79 Fed. Reg. 4519-04.

**IT IS FURTHER ORDERED** that if Plaintiff fails to request the issuance of Summons through the submission of Form 285 within 10 days, the undersigned will recommend to the District Court that the case be dismissed for want of prosecution.

SIGNED this 4th day of March, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE